# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>v.<br><br>**EDWARDO ENCISCO-SILVA**<br><br>    Defendant. | CR NO:   1:15-CR-00111   LJO SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum            ☐ Ad Testificandum

Name of Detainee:   Edwardo Encisco -Silva
Detained at:   Tehachapi State Prison
Detainee is:   a.)   ☒ charged in this district by:   ☒ Indictment   ☐ Information   ☐ Complaint
            charging detainee with:   8 USC §1326(a) and (b)(2) – Deported Alien Found in the U.S.
    or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☒ return to the custody of detaining facility upon termination of proceedings
    or   b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:   /s/  Mia A. Giacomazzi
Printed Name & Phone No:   Mia A. Giacomazzi / (559) 497-4000
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum            ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   June 29, 2015              /s/ Gary S. Austin
                    Honorable Gary S. Austin
                    U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Edward Enciso | | ☒ Male   ☐ Female |
| Booking or CDC #: | AM7326 | DOB: | |
| Facility Address: | 24900 Highway 202, Tehachapi, CA | Race: | Hispanic |
| Facility Phone: | (661) 822-4402 | FBI#: | 828007DB3 |
| Currently | 8 USC 1326 | | |

## RETURN OF SERVICE

Executed on:   _____   _____
                    (signature)