## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**EDWARDO ENCISCO-SILVA**<br><br>Defendant. | CR NO: 1:15-CR-00111 LJO SKO |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum         ☐ Ad Testificandum

Name of Detainee: Edwardo Encisco -Silva
Detained at: Tehachapi State Prison
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: 8 USC §1326(a) and (b)(2) – Deported Alien Found in the U.S.
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Mia A. Giacomazzi
Printed Name & Phone No: Mia A. Giacomazzi / (559) 497-4000
Attorney of Record for: United States of America

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum         ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: July 8, 2015

/s/ Gary S. Austin
Honorable Gary S. Austin
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Edward Enciso | ☒ Male ☐ Female | |
| Booking or CDC #: | AM7326 | DOB: | |
| Facility Address: | 24900 Highway 202, Tehachapi, CA | Race: | Hispanic |
| Facility Phone: | (661) 822-4402 | FBI#: | 828007DB3 |
| Currently | 8 USC 1326 | | |

### RETURN OF SERVICE

Executed on: _____   _____
                                    (signature)